888 F.2d 1379
 Briehler (Roy P.)
v.
National Westminster Bank U.S.A., National Westminster Bank
N.J., Garden State Mortgage Co., First Jersey National Bank,
Broad Street National Bank of Trenton, Knowles (William T.),
Wallace (Robert), Stanton (Thomas), Suenholz (Herman),
Longman (John), Becker (Arthur), Teich (Arthur), Steen
(Raymond), Corestates Financial Corp., New Jersey National
Bank, Larsen (Terrence), Walther (John H.), Weinstein
(Philip), People's Trust Company
 NO. 89-5408
 United States Court of Appeals,
Third Circuit.
 OCT 19, 1989
 
 1
 Appeal From: D.N.J.
 
 
 2
 AFFIRMED.